IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08CR00165-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| ELIZABETH WHITAKER CLEMENT, | ) | ORDER TO UNSEAL |
| Defendant, | ) | |
| v. | ) | |
| COASTAL FEDERAL CREDIT UNION, | ) | |
| Garnishee. | ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #25] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #29] in the above-captioned case be unsealed.

This the  6  day of  November , 2017.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE